UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cr-145-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD EARL RICE | ) |
| | ) |

In the Bill of Indictment in this case, the United States sought forfeiture of property of the defendant pursuant to 18 U.S.C. § 2253.

Defendant was convicted at trial. At the sentencing hearing on May 15, 2008, the government moved for, and the Court ordered orally, forfeiture of the property specified in the indictment. This order follows, nunc pro tunc.

Based on the grand jury's finding of probable cause, the trial jury's verdict, and the evidence in the record, it is therefore **ORDERED**:

1. The United States is authorized to seize the following property belonging to defendant, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One Celeron CPU, Model SZX MTRP, serial number 10132034JK; and,**

**206 3.5" floppy disks seized on or about May 7, 2005, in Charlotte, North Carolina.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish as required by law notice of this order and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of

the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may, as permitted by law and to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this order of forfeiture, as a substitute for published notice.

3. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: June 6, 2008

Robert J. Conrad, Jr.
Chief United States District Judge